# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>LEONARD FRED DEVERA,<br><br>                Defendant. | Case Nos. 13CR3956-H<br><br>JUDGMENT AND ORDER<br>OF DISMISSAL WITH PREJUDICE |

GOOD CAUSE APPEARING and based on the joint motion of the parties, IT IS HEREBY ORDERED that the Information in the above entitled case against defendant Leonard Fred Devera is **DISMISSED WITH PREJUDICE**. The defendant is hereby discharged and the bond is hereby exonerated.

IT IS FURTHER ORDERED that in light the defendant's successful completion of the deferred prosecution program, the Status Hearing set for November 4, 2014 at 1:30 PM before Magistrate Judge Bernard G. Skomal is hereby vacated.

The Court has no objection to a reinstatement of Mr. Devera with the United States Marshals Service ("USMS"), should the USMS agree to a reinstatement in light of this dismissal.

IT IS SO ORDERED AND ADJUDGED.

DATED: October 30, 2014      _____
                                               HONORABLE MARILYN L. HUFF
                                               UNITED STATES DISTRICT JUDGE

cc: Honorable Bernard G. Skomal
     United States Magistrate Judge